UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

DANA DEWEESE BUNTAIN,

    Plaintiff,

v.

SHELITH HANSBRO, et al.,

    Defendants.

Case No. 21-1078

**ORDER**

    This case is before the Court on Defendants' Motion for Extension of Time to Complete Discovery, Reset the Dispositive Motions Deadline, and to Stay All Trial Deadlines (#80). Defendants ask the Court to extend the discovery deadline from September 22, 2023 to April 21, 2024, to extend the dispositive motions deadline from October 23, 2023 to May 21, 2024, and to stay all trial related deadlines. Plaintiff filed a Response (#82) in opposition.

    This case was filed on March 2, 2021. Case progress has been notably slow based on a review of the docket. By the currently scheduled trial date of February 20, 2024, the case will be almost three years old. Further, due to the age of this case, it currently holds the second position for trial on February 20.

    On March 27, 2023, the Court entered a Text Order stating: "(e) All discovery to close on September 22, 2023; and (f) Dispositive motions due by October 23, 2023**. Given the age of this case, the Court does not anticipate extending these dates again in the future**." (Text Order, March 27, 2023) (emphasis added). During the September 14, 2023 Status Conference, the Court informed the parties that the deadlines may be firm and might not be moved. The parties have had ample time to complete discovery and were warned repeatedly that they should remain diligent.

However, Plaintiff is equally at fault for the delays, especially as they relate to Plaintiff's deposition, which was originally scheduled for July 11, 2023, and still has not been taken. Plaintiff should not be rewarded for her dilatory actions, and Defendants would suffer high prejudice if denied the opportunity to depose Plaintiff.

For these reasons, Defendants' Motion for Extension of Time (#80) is granted in part and denied in part. Specifically, the Motion is denied, except that Defendants are granted leave to take Plaintiff's deposition up to and including February 13, 2024, and Plaintiff is ordered to answer outstanding written discovery by January 31, 2024, and submit to the deposition by February 13, 2024.

The Court is aware of the order entered by Judge Darrow in *Wadlow v. Williams*, No. 20-cv-2202, but the dispositive motions deadline was October 23, 2023. Defendants may raise arguments similar to *Wadlow v. Williams* at the close of Plaintiff's evidence. This case remains set for a Final Pretrial Conference on February 5, 2024, at 11:30 a.m., and Jury Trial on February 20, 2024, at 9:00 a.m.

ENTERED this 24th day of January, 2024.

                                                                      s/ERIC I. LONG  
                                                            UNITED STATES MAGISTRATE JUDGE