**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| DANA DEWEESE BUNTAIN, | ) |
| Plaintiff, | ) ) ) ) Case No. 21-cv-1078 |
| v. | ) ) ) Honorable Colin S. Bruce |
| SHELITH HANSBRO, et al. | ) ) |
| Defendants. | ) |

**Motion in Limine Exhibits 1-4**