**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| **DANA DeWeese BUNTAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **NO. 21-cv-01078** |
| | ) | |
| **IDOC DCC CORRECTIONAL CENTER FORMER WARDENS SHELITH HANSBRO & JANE E. MOSKUS; AWO JAMES E. BROWN, MAJOR ANGELA LOCKE, AND MICHAEL WILLIAMS,** | ) | **Hon. Colin S. Bruce, District Judge**<br>**Hon. Eric I. Long, Magistrate Judge** |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff Dana Buntain, by Janine L. Hoft and Jan Susler of the People's Law Office, hereby makes her initial disclosures pursuant to Rule 26(a)(1), Fed. R. Civ. P.

1. The following people are likely to have the following discoverable information:

Defendant Michael Williams, may be contacted through his counsel Monroe D. McWard, has information about his history of sexual assault of Plaintiff and other women detained in the IDOC, prior to and during Plaintiff's time in custody at DCC, the investigations of allegations of his misconduct, and the facts and individuals involved in his ability to continue his misconduct.

Defendants Shelith Hansbro, Jane E. Moskus, James E. Brown, and Angela Locke, may be contacted through their counsel Assistant Attorney General Hanan Malik. They have information about the administration of the Illinois Department of Corrections [IDOC] Decatur Correctional Center [DCC] before and during Plaintiff's time in custody there, and their responsibilities, including for promulgating and/or enforcing rules, regulations, and procedures to ensure the safety and security of those in their custody, including the Prison Rape Elimination Act [PREA] and the right to be free from sexual assault by IDOC employees. They are also believed to have information about PREA reporting in the IDOC, the prevalence of employee sexual misconduct in the IDOC, and about Michael Williams and his history of sexual assault of women detained in the IDOC, prior to and during Plaintiff's time in custody at DCC.

Brad Rogers, Illinois Department of Corrections internal investigator, Illinois Department of Corrections, 1301 Concordia Court, Springfield, IL 62794-9277, 217.558.2200. He has information about Michael Williams' sexual encounters with incarcerated women dating back to

at least 2016. He is believed to have information about investigations of allegations of sexual assault of incarcerated women by IDOC employees including Williams.

Robin Kirchhoff, Illinois Department of Corrections lieutenant, Illinois Department of Corrections, 1301 Concordia Court, Springfield, IL 62794-9277, 217.558.2200. He has information about Michael Williams' sexual encounters with incarcerated women dating back to at least 2018. He is believed to have information about investigations of allegations of sexual assault of incarcerated women by IDOC employees including Williams.

Trina Snyder, Illinois Department of Corrections lieutenant, Illinois Department of Corrections, 1301 Concordia Court, Springfield, IL 62794-9277, 217.558.2200. She has information about Michael Williams' sexual encounters with incarcerated women dating back to at least 2017. She is believed to have information about investigations of allegations of sexual assault of incarcerated women by IDOC employees including Williams.

Evette Robinson, may be contacted through her counsel Jarrod Beasley, Kuehn, Beasley & Young, PC, 23 S. First St., Belleville, IL 62220, 618.277.7260. She has information about Michael Williams' sexually assaulting her in 2019, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Yacey Fazio, contact information unknown, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Brandy Baldwin, contact information unknown, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Lindsey Olalde, contact information unknown, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Shantel Washington, contact information unknown, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Shevonne Farrell, contact information unknown, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Heather Wadlow, may be contacted through her counsel, Saeed & Little LLP, 133 W Market St, PO Box 189, Indianapolis, IN 46204, 317-721-9214, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Jamesa Williams, contact information unknown, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

E.R. (DOB 11/16/71), S.W. (DOB 12/19/84), J.W. (DOB 11/5/86), L.O. (DOB 10/4/94), H.W. (DOB 8/15/88), B.B. (DOB 11/30/90), Y.F. (DOB 12/6/78) contact information unknown, are each believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Megan Seifreid, 236 S. Calumet, Aurora IL 60506, 630/800-5883, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

Tabitha Carlisle, contact information unknown, is believed to have information about Michael Williams' sexually assaulting her, the IDOC and DCC's failure to protect incarcerated women from such sexual assaults, and the IDOC and DCC's punishment of women who reported allegations of sexual abuse.

As yet unidentified incarcerated women who witnessed Michael Williams' misconduct, including sexual assault of other incarcerated women.

As yet unidentified IDOC and DCC food service workers who witnessed and/or were aware of Michael Williams' misconduct, including sexual assault of other incarcerated women.

As yet unidentified IDOC and DCC corrections personnel who witnessed and/or were aware of Michael Williams' misconduct, including sexual assault of other incarcerated women.

Kate Kurtz, special prosecutor from Office of State's Attorneys Appellate Prosecutor, 725 South 2nd St. Springfield IL, 62704, 217.782.1628, has information about the prosecution and sentencing of Michael Williams for custodial sexual misconduct with several women incarcerated in the IDOC and DCC and official misconduct.

As yet unidentified Illinois State Police Investigators who investigated Michael Williams' misconduct, including sexual assault of incarcerated women.

2. Plaintiff has no documents subject to disclosure.

3. As for computation of her damages, Plaintiff suffered severe emotional distress and suffering, pain, discomfort, humiliation, fear and anxiety, insecurity, helplessness, and felt mortified horrified and violated, and continues to experience trauma from this violation. All of this damage has occurred of a nature and in an amount that cannot be quantified, but will be determined by a jury.

Dated: September 15, 2022

Respectfully Submitted,

s/ Janine L. Hoft

Janine L. Hoft
Jan Susler
People's Law Office
1180 N. Milwaukee, 3rd floor
Chicago, IL 60642
773.235.0070

Attorneys for Plaintiff