IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DANA DeWeese BUNTAIN, ) | |
| Plaintiff, ) | |
| vs. ) | Case No.  1:21-cv-01078-JBM-JEH |
| ) | |
| IDOC DCC CORRECTIONAL ) | |
| CENTER FORMER WARDENS ) | Hon. Colin Stirling Bruce, |
| SHELITH HANSBRO & JANE E. ) | District Judge |
| MOSKUS; AWO JAMES E. BROWN, ) | |
| MAJOR ANGELA LOCKE, ) | Hon. Eric I. Long |
| AND MICHAEL WILLIAMS, ) | Magistrate Judge |
| Defendants. ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE*

Defendant, MICHAEL WILLIAMS, by and through his attorney submits the following response to Plaintiff's Motions in *Limine* for the Court's consideration.

## DEFENDANT'S RESPONSE TO MOTION IN *LIMINE* NUMBER 1: CONSENT

Defendant, MICHAEL WILLIAMS, by and through his attorney, Monroe D. McWard of McWard Law Office, respectfully moves to dismiss Plaintiff's Motion in Limine Number 1 and deny the Plaintiff's motion, this appears to be a misstatement of the law, highly prejudicial and possibly not factually true.

## DEFENDANT'S RESPONSE TO MOTION IN *LIMINE* NUMBER 2: EVIDENCE OF PLAINTIFF'S CONVICTIONS

The Defendant, MICHAEL WILLIAMS, moves to dismiss the Plaintiff's motion and dismiss said motion as the Plaintiff's argument is taken out of context.   See Montgomery Arrests, prison history and criminal convictions are not relevant and prejucicial.

1

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 3: PLAINTIFF'S MOTIONS IN *LIMINE* EXCLUDE IRRELEVANT EVIDENCE OF PLAINTIFF'S UNRELATED CONDUCT AND PRIOR BAD ACTS

The Defendant, MICHAEL WILLIAMS, moves to dismiss and deny this Motion in *Limine* as this would be contrary to law case and facts. The Defendant, MICHAEL WILLIAMS moves to require the Plaintiff identify specific areas to which they are referring.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 4: EVIDENCE OF PLAINTIFF'S PAST OR CURRENT ROMANTIC OR SEXUAL RELATIONSHIPS

The Defendant, MICHAEL WILLIAMS, moves to deny and dismiss this Motion in *Limine,* as it is out of context as related other sexual activity, e.g., Rape Shield Statutes in criminal cases.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 5: REFERENCES TO PLAINTIFF'S PRIOR DRUG USE

The Defendant, MICHAEL WILLIAMS, moves to deny and dismiss the Plaintiff;s Motion in *Limine* as this type evidence or related testimony may relate to the Defendant's credibility.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 6: REFERENCE TO PLAINTIFF'S RECORDED TELEPHONE CALLS AND TABLET MESSAGES

The Defendant, MICHAEL WILLIAMS, moves to dismiss or deny this Motion in *Limine* as there is relevant evidence that the Plaintiff did not have sex with the Defendant. There is evidence the Plaintiff was never cornered or threatened by the Defendant. Furthermore, it is

evidence of the Plaintiff's attempt to secure financial gain that were part of the phone calls and on social media.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 7: BAR DEFENDANT'S NON-RETAINED EXPERTS AND NON-DISCLOSED OPINION TESTIMONY

The Defendant, MICHAEL WILLIAMS, moves to deny and dismiss the Plaintiff's motion. The Defendant, MICHAEL WILLIAMS, should be allowed to qualify experts in their case whether retained or not.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 8: JUDICIAL NOTICE OF DEFENDANT MICHAEL WILLIAMS' CRIMINAL PROSECUTION AND CONVICTION

The Defendant, MICHAEL WILLIAMS, moves to dismiss or bar this Motion in *Limine* as the only thing admissible should be his felony conviction. The court should allow the Defendant, Michael Williams, to take the stand and admit that he is a convicted felon and the Plaintiff should be limited to that questioning. He pleaded guilty to only one charge. The Information's are merely charges. Jury instructions state they are merely a charging instrument and have no bearing on the issues of the Plaintiff's case. This is clearly an attempt to prejudice the Jury. None of the relief the Plaintiff requests is relevant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 9: REFERENCE TO PLAINTIFF AS A FELON, INMATE, CONVICT, OFFENDER, EX-OFFENDER, OR CRIMINAL

The Defendant, MICHAEL WILLIAMS, moves to dismiss the Plaintiff's Motion in *Limine* as the Plaintiff is in fact a convict and a felon.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE NUMBER 10: REFERENCE TO STATE FINANCIAL STATUS, TAXPAYER PAYING ANY VERDICT

The Defendant, MICHAEL WILLIAMS, moves to dismiss Plaintiff's Motion in *Limine* Number 10 as prejudiced to the defense.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 11: REFERENCE PLAINTIFF'S FINANCIAL INCENTIVES

The Defendant, MICHAEL WILLIAMS, moves to bar Plaintiff's Motion in *Limine* Number 11 as the Plaintiff may be cross examined as motive and biases may be relevant on cross examination if nothing else.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* NUMBER 12: REFERENCE TO POTENTIAL DEFENDANTS NOT NAMED

The Defendant, MICHAEL WILLIAMS, moves to bar Plaintiff's Motion in Limine Number 12 as an area of cross examination as to the Plaintiff's bias or motive for her testimony.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this honorable Court enter judgment in his favor and deny all relief sought by Plaintiff.

    Respectfully Submitted,
    MICHAEL WILLIAMS, Defendant

    BY: /s/ Monroe D. McWard
    Monroe D. McWard, His Attorney
    McWARD LAW OFFICE
    107 South Washington Street
    Taylorville, IL 62568
    mdmcward@mcwardlaw.com
    (217) 824-2900
    Reg. No. 06190799

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2024, I electronically filed the foregoing **Defendant's Response to Plaintiff's Motion in *Limines*** with the Clerk of the Court using the CM/ECF system, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following participants:

**Janine Hoft**
PEOPLES LAW OFFICE
3rd Floor
1180 N Milwaukee Avenue
Chicago, IL 60622
janinehoft@peopleslawoffice.com

**Janis M. Susler**
PEOPLES LAW OFFICE
3rd Floor
1180 N Milwaukee Avenue
Chicago, IL 60622
jsusler@gmail.com

**Bridget L. Schott**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
1776 E Washington Street
Urbana, IL 61802
bschott@atg.state.il.us

        BY: /s/ Monroe D. McWard
        Monroe D. McWard, Attorney
        McWARD LAW OFFICE
        107 South Washington Street
        Taylorville, IL 62568
        mdmcward@mcwardlaw.com
        (217) 824-2900
        Reg. No. 06190799