IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANA DeWeese BUNTAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  1:21-cv-01078 |
| ) | |
| IDOC DCC CORRECTIONAL ) | Hon. Colin Stirling Bruce |
| CENTER FORMER WARDENS ) | District Judge |
| SHELITH HANSBRO & JANE E. ) | |
| MOSKUS; AWO JAMES E. BROWN, ) | Hon. Eric I. Long |
| MAJOR ANGELA LOCKE, ) | Magistrate Judge |
| AND MICHAEL WILLIAMS, ) | |
| Defendants. ) | |

## DEFENDANT'S EXHIBIT LIST

The Defendant adopt's the Defendant's and the Plaintiff's Witness List and the listed witnesses.

Respectfully submitted,

Monroe D. McWard

Monroe D. McWard
McWard Law Office
107 S. Washington St.
Taylorville, IL 62568
217-824-2900
mdmcward@mcwardlaw.com
Reg. No. 06190799

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2024, I electronically filed the foregoing **DEFENDANT'S EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following participants:

**Alan Remy Taborga**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
1776 E Washington Street
Urbana, IL 61802
217-278-3332
Email: alan.taborga@ilag.gov

**Janine Hoft**
PEOPLES LAW OFFICE
3rd Floor
1180 N Milwaukee Avenue
Chicago, IL 60622
janinehoft@peopleslawoffice.com

**Janis M. Susler**
PEOPLES LAW OFFICE
3rd Floor
1180 N Milwaukee Avenue
Chicago, IL 60622
jsusler@gmail.com

**Bridget L. Schott**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
1776 E Washington Street
Urbana, IL 61802
bschott@atg.state.il.us

By: /s/ Diane Kane
Diane Kane, Secretary
to Monroe D. McWard
McWARD LAW OFFICE
107 South Washington Street
Taylorville, Il 62568
(217) 824-2900